Stuart R. Curran (State Bar No. 160631)
Lisa M. U'Ren (State Bar No. 195346)
SIMS, CURRAN & OCKEN
130 Sutter Street, 7th Floor
San Francisco, CA 94104
P: (415) 391-6182
F: (415) 391-3904
E-mail: scurran@sims-law.net

Attorneys for Plaintiff
JAMESON ASHLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>         Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; MICHAEL HENNESSEY, individually and in his official capacity as Sheriff of the San Francisco County Sheriff's Department; and DOES 1 to 30,<br><br>         Defendants. | Case No. C 12-00045 JSW<br><br>[~~PROPOSED~~] ORDER ON PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM<br><br>Hearing Date:   July 13, 2012<br>Time:           9:00 a.m.<br>Place:          450 Golden Gate Avenue<br><br>Trial Date:     None set |

Petitioner Lisa Ashley's petition for appointment of Guardian ad Litem ~~came on regularly for hearing on July 13, 2012 at 9:00 a.m.~~, Judge Jeffrey S. White presiding.  Stuart R. Curran appeared for plaintiff Jameson Ashley and petitioner Lisa M. Ashley.  Deputy City Attorney Leila Mongan appeared for defendant City and County of San Francisco.

Having read the moving and opposition papers, and it being unopposed, ~~having heard the arguments of counsel~~, the Court rules as follows:

The Petition for an Order appointing Lisa M. Ashley as Guardian ad Litem for plaintiff Jameson Ashley is GRANTED.

-1-

ORDER ON PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM

IT IS SO ORDERED.

Dated: May 8, 2012

_____
United States District Judge