DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
LEILA K. MONGAN, State Bar #271287
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3908 [Keith]
Telephone:    (415) 554-3915 [Mongan]
Facsimile:     (415) 554-3837
E-Mail:         peter.keith@sfgov.org
E-Mail:         leila.mongan@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, individually and in his official capacity as Sheriff of the San Francisco County Sheriff's Department; and DOES 1 to 30,<br><br>Defendants. | Case No. CV-12-0045<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR MEDIATION**<br><br>Date Action Filed:   January 26, 2012<br>Trial Date:              April 29, 2013 |

Pursuant to Local Rule 6-1(a), and with the agreement of the Court's ADR Unit, Plaintiff Jameson Ashley and Defendant City and County of San Francisco, by and through their attorneys of record, hereby stipulate and agree that the time to complete court mediation in this matter shall be extended until and through August 31, 2012.

Joint Stipulation Extending Time For Mediation          1          n:\lit\li2012\120863\00777590.doc
Ashley v. CCSF, et al.; Case No. CV-12-0045

IT IS SO STIPULATED.

Dated: June 1, 2012

          DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy

Deputy City Attorney

By: /s/
    LEILA K. MONGAN

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: June 1, 2012

SIMS, CURRAN & OCKEN

By: /s/
    STUART R. CURRAN

Attorneys for Plaintiff
JAMESON ASHLEY

## ORDER

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

The deadline for the parties to complete court mediation in this case is hereby extended until and including August 31, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 5, 2012

*Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Joint Stipulation Extending Time For Mediation
Ashley v. CCSF, et al.; Case No. CV-12-0045
2
n:\lit\li2012\120863\00777590.doc