1
2
3
4    IN THE UNITED STATES DISTRICT COURT

5
6    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7    JAMESON ASHLEY,

8              Plaintiff,                          No. C 12-00045 JSW

9         v.

10   CITY AND COUNTY OF SAN FRANCISCO        **ORDER RESOLVING**
     ET AL,                                  **DISCOVERY DISPUTE**
11
12             Defendants.
     _____/

13
14         The Court has received the parties' joint submissions regarding the production of

15   Plaintiff as a witness for deposition in this case.  As a matter of fundamental fairness,

16   Defendants have a right to take the deposition of the sole Plaintiff in a case he has commenced.

17   However, the Court, aware that the deposition may cause Plaintiff to suffer distress, instructs

18   the parties to meet and confer in advance of the deposition to ascertain the appropriate protocol

19   for the appearance.  The Court advises the parties to schedule the deposition in a location close

20   to Plaintiff's home, to prepare that the deposition shall take place for only a limited number of

21   hours per day, with frequent breaks, and any other conditions as necessary to mitigate the

22   trauma to Plaintiff.  Defendants are also cautioned that, if during the deposition, Plaintiff fails to

23   remember significant events and becomes mute or extremely agitated, the oral deposition shall

24   adjourn and Defendants may continue the deposition by written questions pursuant to Federal

25   Rule of Civil Procedure 31(a)(2) without requiring Plaintiff's attendance.

26         **IT IS SO ORDERED.**

27   Dated:  June 22, 2012

28                                         _____
                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE