IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMESON ASHLEY,

    Plaintiff,                      No. C 12-00045 JSW

  v.

CITY AND COUNTY OF SAN FRANCISCO ET AL,        **ORDER RE VIDEOTAPING DEPOSITION**

    Defendants.

_____/

The Court has received the parties' joint submission regarding the videotaping of Plaintiff during his deposition in this case. Defendant is entitled to videotape Plaintiff's deposition. Plaintiff's deposition and its recording shall be scheduled at the earliest possible convenience.

**IT IS SO ORDERED.**

Dated: August 21, 2012

                                                             JEFFREY S. WHITE
                                                             UNITED STATES DISTRICT JUDGE