DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
LEILA K. MONGAN, State Bar #271287
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-3908 [Keith]
Telephone:      (415) 554-3915 [Mongan]
Facsimile:      (415) 554-3837
E-Mail:         peter.keith@sfgov.org
E-Mail:         leila.mongan@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>      Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, individually and in his official capacity as Sheriff of the San Francisco County Sheriff's Department; and DOES 1 to 30,<br><br>      Defendants. | Case No. CV-12-0045<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR MEDIATION AND FOR AMENDMENTS TO THE COMPLAINT**<br><br>Date Action Filed:      January 26, 2012<br>Trial Date:              April 29, 2013 |

         Pursuant to Local Rule 6-1(a), and with the agreement of the Court's ADR Unit, Plaintiff

Jameson Ashley and Defendant City and County of San Francisco, by and through their attorneys of

record, hereby stipulate and agree that (1) the time to complete court mediation in this matter shall be

extended until and through October 30, 2012; and (2) the time for plaintiff to file an amended

complaint shall be extended until and through October 30, 2012.

1        IT IS SO STIPULATED.

2    Dated:  August 29, 2012

3                                            DENNIS J. HERRERA
                                             City Attorney
4                                            JOANNE HOEPER
                                             Chief Trial Deputy
5
                                             Deputy City Attorney
6

7
                                     By:   /s/
8                                          LEILA K. MONGAN

9                                    Attorneys for Defendant
                                     CITY AND COUNTY OF SAN FRANCISCO
10

11   Dated:  August 29, 2012

12
                                             SIMS, CURRAN & OCKEN
13

14                                   By: /s/
                                         STUART R. CURRAN
15
                                     Attorneys for Plaintiff
16                                   JAMESON ASHLEY

17              **DECLARATION OF LEILA K. MONGAN**

18       I, Leila K. Mongan, declare as follows:

19       1.      I am a deputy city attorney in the San Francisco City Attorney's Office.  I am the

20   deputy primarily assigned to handle this case on behalf of the City and County of San Francisco.  By

21   virtue of my direct involvement in the matter, I have personal knowledge of the contents of this

22   declaration, and I could and would competently testify to the truth of the matters stated.

23       2.      The parties have stipulated to extend the time in which to complete court mediation so

24   that they may take additional discovery prior to mediation.  Due to scheduling difficulties and

25   discovery disputes, the parties have not been able to complete all depositions prior to the August 31,

26   2012 deadline for court mediation.

27

28

3.     The parties have stipulated to extend the time in which plaintiff may amend his complaint so that plaintiff may take additional discovery.  Due to scheduling difficulties and discovery disputes, the parties have not been able to complete all depositions prior to the August 31, 2012 deadline for plaintiff to amend his complaint.

4.     There have been three previous stipulated time modifications in this case.  The parties stipulated to extend the deadline for defendants to respond to plaintiff's complaint; the parties stipulated to extend the deadline in which to complete mediation; and the parties stipulated to extend the time for plaintiff to amend his complaint.

5.     This requested time modification may affect the deadlines for fact and expert discovery, which are ~~presently~~ set for September 28, 2012 and November 23, 2012, respectively.  The parties will confer and file a motion to modify the Court's Order Scheduling Trial and Pretrial Matters to amend those dates as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I signed this declaration on August 29, 2012, at San Francisco, California.


_Leila K. Mongan_
LEILA K. MONGAN


## ORDER

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

The deadline for the parties to complete court mediation in this case is hereby extended until and including October 30, 2012.

The deadline for plaintiff to file an amended complaint is hereby extended until and including October 30, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: August 31, 2012

_Jeffrey S. White_
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE