DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
BRADLEY A. RUSSI, State Bar #256993
LEILA K. MONGAN, State Bar #271287
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3908 [Keith]
Telephone:    (415) 554-3915 [Mongan]
Telephone:    (415) 554-3964 [Russi]
Facsimile:    (415) 554-3837
E-Mail:       peter.keith@sfgov.org
E-Mail:       leila.mongan@sfgov.org
E-Mail:       brad.russi@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, individually and in his official capacity as Sheriff of the San Francisco County Sheriff's Department; and DOES 1 to 30,<br><br>    Defendants. | Case No. CV12 0045 JSW<br><br>**[PROPOSED] STIPULATED ORDER AUTHORIZING DISCOVERY OF CONFIDENTIAL CRIMINAL HISTORY INFORMATION IN THE POSSESSION OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO**<br><br>Date Action Filed:    January 26, 2012<br>Trial Date:              April 29, 2013 |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 26(c) the parties have met and conferred and stipulate as follows:

/ / /

/ / /

1. Good cause exists for the Court to authorize the parties to this action to receive certain "state summary criminal history information," as defined in California Penal Code section 11105(a), in the possession of the City and County of San Francisco. Namely:

2. Plaintiff Jameson Ashley contends, *inter alia*, that the Defendant City and County of San Francisco booked Plaintiff under the wrong name, which ultimately led to his being held in San Francisco County Jail for an extended period of time.

3. In connection with the arrest and booking process in San Francisco, various documents are generated that contain information such as unique identifying information based on fingerprints and criminal histories. This information is used in connection with making identification and custody decisions and it is therefore relevant to Mr. Ashley's claims in this action. However, at least some of the information contained in these documents is or could be considered "state summary criminal history information," is subject to protection under California law. Section 11142 of the California Penal Code makes it a misdemeanor to disclose state summary criminal history information to a person who is not authorized to receive such information. However, under section 11140 of the California Penal Code, a court may authorize persons to receive such information. Because good cause exists for discovery of the state summary criminal history information that was generated in connection with the subject arrests and bookings in this action, the parties respectfully request that the Court authorize San Francisco to disclose that information in discovery.

4. State summary criminal history information produced in this action shall be treated as confidential information subject to the terms of the Stipulated Protective Order in this action.

IT IS SO STIPULATED.

//
//
//
//
//
//
//

Dated: October 3, 2012

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
PETER J. KEITH
BRADLEY A. RUSSI
LEILA K. MONGAN
Deputy City Attorneys


By: /s/ Bradley A. Russi
BRADLEY A. RUSSI

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


Dated: October 3, 2012

SIMS, CURRAN & OCKEN

By: /s/ Stuart R. Curran
STUART R. CURRAN, ESQ.

Attorneys for Plaintiff
JAMESON ASHLEY

## **ORDER**

BASED ON THE ABOVE ENTERED STIPULATION, the City and County of San Francisco is authorized to release state summary criminal history information pursuant to the terms of the foregoing stipulation.

IT IS SO ORDERED.

Dated: October 2, 2012

*[signature: Jeffrey S. White]*

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE