DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
BRADLEY A. RUSSI, State Bar #256993
LEILA K. MONGAN, State Bar #271287
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3908 [Keith]
Telephone: (415) 554-3964 [Russi]
Telephone: (415) 554-3915 [Mongan]
Facsimile: (415) 554-3837
E-Mail: peter.keith@sfgov.org
E-Mail: brad.russi@sfgov.org
E-Mail: leila.mongan@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, individually and in his official capacity as Sheriff of the San Francisco County Sheriff's Department; and DOES 1 to 30,<br><br>Defendants. | Case No. CV-12-0045 JSW<br><br>**DECLARATION OF BRADLEY A. RUSSI IN SUPPORT OF CITY & COUNTY OF SAN FRANCISCO'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR FILING OF AMENDMENTS TO COMPLAINT**<br><br>Trial Date: April 29, 2013 |

I, Bradley A. Russi, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am employed as a Deputy City Attorney with the Office of the City Attorney for the City and

County of San Francisco. I am assigned to represent defendant the City and County of San Francisco in the above-captioned litigation.

2. On June 20, 2012, the City responded to Plaintiff's Special Interrogatories. In response to Special Interrogatory No. 7 regarding who booked Plaintiff under a fictitious name, the City identified Deputy Curtis Edwards as the individual who input Plaintiff's booking information. A true and correct copy of the City's interrogatory responses is attached hereto as Exhibit A.

3. The City's Initial Disclosures, dated April 20, 2012, identify Deputy Edwards as a deputy involved in booking Plaintiff into the jail. A true and correct copy of the City's Initial Disclosure is attached hereto as Exhibit B.

4. On October 1, 2012, the City produced documents identifying Deputy Edwards as the individual who booked Plaintiff under a fictitious name, including the audio recording of an interview Deputy Edwards gave regarding the incident in which he admitted to booking Plaintiff under a fictitious name. On October 4, 2012, Plaintiff took the deposition of Deputy Edwards.

5. Following a mediation session that did not end in a resolution of the case, the parties engaged in discussions regarding extending the time for discovery. On October 29, 2012, Plaintiff requested that the amendment deadline be extended again, to the same date as the proposed new close of discovery. The City requested the basis for an amendment. Plaintiff stated that one of the bases for amendment was to name Deputy Edwards as Doe No. 1. Plaintiff has not forwarded the City a proposed amended complaint.

6. At the very least, if named as a defendant, Deputy Edwards would propound contention interrogatories to Plaintiff.

I declare under penalty of perjury under the laws of the State of California that the preceding declaration is true, and that this declaration was executed on November 14, 2012 in San Francisco, California.

*/s/ Bradley A. Russi*
BRADLEY A. RUSSI