DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRADLEY A. RUSSI, State Bar #256993
LEILA K. MONGAN, State Bar #271287
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:	(415) 554-3915 [Mongan]
Telephone:	(415) 554-3964 [Russi]
Facsimile:	(415) 554-3837
E-Mail:	leila.mongan@sfgov.org
E-Mail:	brad.russi@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, individually and in his official capacity as Sheriff of the San Francisco County Sheriff's Department; and DOES 1 to 30,<br><br>        Defendants. | Case No. CV-12-0045 JSW<br><br>**JOINT MOTION TO EXTEND DEADLINES FOR COMPLETION OF FACT DISCOVERY, EXPERT DISCOVERY, DISPOSITIVE MOTIONS, AND TRIAL DATE; STIPULATION;** ~~DECLARATION OF BRADLEY A. RUSSI; [PROPOSED]~~ **ORDER**<br><br>Trial Date:           April 29, 2013 |

Pursuant to Local Rule 6-3, Defendants CITY AND COUNTY OF SAN FRANCISCO and CURTIS EDWARDS ("Defendants") and Plaintiff JAMESON ASHLEY ("Plaintiff") hereby request an order extending the deadline for completion of fact-based discovery from December 14, 2012 to March 8, 2013, extending the deadline for completion of expert discovery from January 25, 2013 to March 22, 2013, continuing the final day to hear dispositive motions from January 18, 2013 to May

10, 2013, continuing the final pre-trial conference from April 8, 2013 to July 15, 2013 at 2:00 p.m., and continuing the trial date from April 29, 2013 to August 5, 2013.

These extensions are necessary in order for the parties to complete discovery. There is presently pending a request for the Court to resolve a discovery dispute with respect to the Rule 35 mental examination of Plaintiff requested by Defendants. This examination cannot be completed within the discovery period. Deputy Edwards was only recently added as a party to this case by the Court's order on November 16, 2012. Discovery propounded by Deputy Edwards has not yet come due, and there is insufficient time in the discovery period for him to propound any follow-up discovery or to move to compel, if necessary. There are further depositions that have not yet been completed, due to scheduling issues.

Defendants anticipate filing a dispositive motion but cannot do so until after the completion of discovery. As a result, the deadline to hear dispositive motions must be extended, which will necessarily alter the trial date.

If the Court is not inclined to grant the requested extensions of time or otherwise has a scheduling conflict with the dates proposed, the parties request that the Court set a case management conference at which the parties and the Court can agree to new dates.

Jt. Motion re. Deadlines, Trial Date 2
Ashley v. CCSF, et al.; CV-12-0045 JSW

# STIPULATION

Plaintiff Jameson Ashley and Defendants City and County of San Francisco and Curtis Edwards, by and through their attorneys of record, hereby stipulate that the deadline for completion of fact-based discovery be extended from December 14, 2012 to March 8, 2013, the deadline for completion of expert discovery be extended from January 25, 2013 to March 22, 2013, the final day to hear dispositive motions be continued from January 18, 2013 to May 10, 2013, the final pre-trial conference be continued from April 8, 2013 to July 15, 2013 at 2:00 p.m., and the trial date be continued from April 29, 2013 to August 5, 2013.

Dated: December 13, 2012

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
BRADLEY A. RUSSI
LEILA K. MONGAN
Deputy City Attorneys

By: /s/ Bradley A. Russi
BRADLEY A. RUSSI

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: December 13, 2012

SIMS, CURRAN & OCKEN

By: /s/*
STUART R. CURRAN
Attorneys for Plaintiff
JAMESON ASHLEY

* Pursuant to General Order 45, § X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

1 **[PROPOSED] ORDER**

2     Based on the above application, and for good cause appearing, IT IS ORDERED as follows:

3     The deadline to complete fact discovery is extended to March 8, 2013. The deadline for

4 completion of expert discovery is extended to March 22, 2013. The final day to hear dispositive

5 motions is extended to May 10, 2013. The final pre-trial conference is continued to ~~July 15, 2013~~ July 22, 2013 at

6 2:00 p.m. The trial date is continued to ~~August 5, 2013~~ August 12, 2013.

7 IT IS SO ORDERED.

8

9 Dated: December 14, 2012      *Jeffrey S. White*

10                                           THE HONORABLE JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE