UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, individually and in his official capacity as Sheriff of the San Francisco County Sheriff's Department; and DOES 1 to 30,<br><br>        Defendants. | Case No.: CV-12-00045-JSW (KAW)<br><br>ORDER TO SUBMIT DECLARATIONS IN SUPPORT OF 12/13/2012 DISCOVERY LETTER |

Before the Court is a joint discovery letter filed on December 13, 2012. (Dkt. No. 62). While there is no dispute that Plaintiff Jameson Ashley has put his mental state in controversy and that good cause exists to conduct a Rule 35 mental examination, the parties disagree as to the length and scope of the examination, the presence of a third party during the examination, and whether the examination may be tape recorded. (*Id.*)

Upon review of the joint letter, the Court ORDERS the parties to submit declarations from their respective psychological experts and/or treating physicians attesting to the facts presented in the 12/13/2012 Joint Letter on or before January 28, 2013. No further briefing is necessary at this time. Upon receipt of the declarations, the Court will decide whether a hearing or further briefing is required to resolve this dispute.

Dated: January 14, 2013

                                                                            _____
                                                                            KANDIS A. WESTMORE
                                                                            United States Magistrate Judge