DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3964
Facsimile: (415) 554-3837
E-Mail: brad.russi@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, individually and in his official capacity as Sheriff of the San Francisco County Sheriff's Department; and DOES 1 to 30,<br><br>    Defendants. | Case No. CV-12-0045 JSW<br><br>**STIPULATION REGARDING INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF; [PROPOSED] ORDER**<br><br>Trial Date:    April 29, 2013 |

The parties stipulate as follows:

1. On December 13, 2012, the parties submitted a joint letter regarding a discovery dispute over the terms of Defendants' proposed independent mental examination of Plaintiff. (Dkt. 62). That dispute was referred to Magistrate Judge Westmore. Judge Westmore requested that the parties submit supporting declarations on January 28, 2013. (Dkt. 67).

2. Plaintiff submitted a declaration from Dr. Michael Wilkes, who stated that due to a recent change in Plaintiff's condition, it is not medically advisable for Plaintiff to undergo an IME at this time, and that it could be harmful to him. (Dkt. 68).

3. As a result of this changed circumstance, the parties agree that no determination should be made on the terms of Defendants' proposed IME at this time.

4. The parties agree that Judge Westmore should retain jurisdiction of this dispute, and that the parties will file a joint letter updating the court on the status of the dispute within sixty days of the date of the attached order.

5. The parties agree to submit a separate request to continue the outstanding deadlines in this case in order to accommodate the pending issue of the IME of Plaintiff.

Dated: February 7, 2013

        DENNIS J. HERRERA
        City Attorney
        CHERYL ADAMS
        Chief Trial Attorney
        BRADLEY A. RUSSI
        Deputy City Attorney

By: */s/ Bradley A. Russi*
        BRADLEY A. RUSSI
        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: February 7, 2013    SIMS, CURRAN & OCKEN

By: */s/ Stuart Curran\**
        STUART CURRAN
        Attorney for Plaintiff JAMESON ASHLEY

\* Pursuant to General Order 45, § X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

Stip. re. IME        2
Ashley v. CCSF, et al.; CV-12-0045 JSW

**[PROPOSED] ORDER**

Pursuant to the above stipulation, within sixty days of the date of this order, the parties are ordered to file a joint letter updating the court as to the status of the discovery dispute regarding Defendants' proposed independent mental examination of Plaintiff.

Dated: 2/7/2013 _____   _____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

Stip. re. IME
Ashley v. CCSF, et al.; CV-12-0045 JSW

3