DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3964 [Russi]
Facsimile:      (415) 554-3837
E-Mail:          brad.russi@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, individually and in his official capacity as Sheriff of the San Francisco County Sheriff's Department; and DOES 1 to 30,<br><br>       Defendants. | Case No. CV-12-0045 JST<br><br>**[PROPOSED] ORDER EXTENDING FACT DISCOVERY AND VACATING OTHER DEADLINES**<br><br>Trial Date:           April 29, 2013 |

[Proposed] Order                                                                1
Ashley v. CCSF, et al.; CV-12-0045 JST

## [PROPOSED] ORDER

Pursuant to the joint case management statement, and on good cause, the Court orders as follows:

The deadline to complete fact discovery in this case is extended from March 8, 2013 to April 26, 2013.  All other remaining deadlines in this case are vacated.  The parties shall file a case management statement no later than May 1, 2013, advising the Court of the status of the pending independent mental examination of Plaintiff Jameson Ashley, and if appropriate, proposing a trial date and a schedule for the remainder of the case.

Dated: March 14, 2013

HONORABLE JON S. TIGAR
United States District Judge