DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3964 [Russi]
Facsimile: (415) 554-3837
E-Mail: brad.russi@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, individually and in his official capacity as Sheriff of the San Francisco County Sheriff's Department; and DOES 1 to 30,<br><br>Defendants. | Case No. CV-12-0045 JST<br><br>**DECLARATION OF BRADLEY A. RUSSI IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date: Oct. 21, 2013 |

I, Bradley A. Russi, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am employed as a Deputy City Attorney with the Office of the City Attorney for the City and County of San Francisco. I am assigned to represent defendant the City and County of San Francisco in the above-captioned litigation.

2. I submit this declaration in support of Defendants' Motion for Summary Judgment.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition of Jameson Ashley, taken on September 10, 2012.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts of the deposition of Hugh Ashley, taken on December 5, 2012.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition of Curtis Edwards, taken on October 4, 2012.

6. Attached hereto as Exhibit D is a true and correct copy of excerpts of the deposition of Matthew Freeman, taken on October 11, 2012.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts of the deposition of Joan Cairns, taken on October 11, 2012.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts of the deposition of Jean-Claude Guerrier, taken on April 16, 2013.

9. Attached hereto as Exhibit G is a true and correct copy of excerpts of the deposition of Dillon Ashley, taken on April 16, 2013.

10. Attached hereto as Exhibit H is a true and correct copy of Plaintiff's Responses to Defendants' 3rd Special Interrogatories.

11. Attached hereto as Exhibit I is a true and correct copy of Plaintiff's Response. to Defendant's First Special Interrogatories.

12. Attached hereto as Exhibit J is a true and correct copy of excerpts of the deposition of Jeremy DeJesus, taken on May 1, 2013.

13. Attached hereto as Exhibit K is a true and correct copy of excerpts of the deposition of Bradley Philpot, taken on May 3, 2013.

14. Attached hereto as Exhibit L is a true and correct copy of excerpts of the deposition of Lailah Samson, taken on May 9, 2013.

15. Attached hereto as Exhibit M is a true and correct copy of excerpts of the deposition of Ceciel Yambao, taken on May 9, 2013.

16. Attached hereto as Exhibit N is a true and correct copy of Plaintiff's Field Arrest Card, which was Exhibits 3 and 7 to the deposition of Curtis Edwards.

17. Attached hereto as Exhibit O is a true and correct copy of excerpts of the deposition of Lisa Ashley, taken on December 17, 2012.

I declare under penalty of perjury under the laws of the State of California that the preceding declaration is true, and that this declaration was executed on June 20, 2013 in San Francisco, California.

*/s/ Bradley A. Russi*
BRADLEY A. RUSSI