STUART R. CURRAN (SBN 160631)
130 Sutter Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 509-7720

Attorney for Plaintiff
JAMESON ASHLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; CURTIS EDWARDS, as an individual and in his official capacity as Deputy Sheriff of the San Francisco County Sheriff's Department; and DOES 2 to 30,<br><br>Defendants. | Case No. CV-12-00045-JST<br><br>**DECLARATION OF STUART R. CURRAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: September 5, 2012<br>Time: 2:00 p.m.<br>Location: Courtroom 9, 19th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br><br>Trial Date: November 12, 2013 |

I, STUART R. CURRAN, declare as follows:

1.) I am the attorney for plaintiff Jameson Ashley in the above-referenced matter. I am submitting this declaration in support of my client's opposition to defendants' motion for summary judgment in this case. I have personal knowledge of the following facts and could and would testify competently thereto if called upon to do so.

2.) Except as otherwise noted, all documents referred to herein were produced by defendants City and County of San Francisco and/or Deputy Curtis Edwards in response to plaintiff's Requests for Production of Documents herein.

3.) Attached hereto as Exhibit "A" is a true and correct copy of the written statement of Lt. Daniel Gomez, an employee of Golden Gate Bridge Security Services.



Stuart R. Curran
130 Sutter Street, 7th Floor
San Francisco, CA 94104

4.) Attached hereto as Exhibit "B" is a true and correct copy of the written statement of California Highway Patrol Office Frank McCallum, dated October 21, 2010.

5.) Attached hereto as Exhibit "C" is a true and correct copy of a Citation/Notice to Appear prepared by California Highway Patrol Office Frank McCallum, dated October 21, 2010.

6.) Attached hereto as Exhibit "D" is a true and correct copy of the Field Arrest Card prepared by California Highway Patrol Office Frank McCallum, dated October 21, 2010.

7.) Attached hereto as Exhibit "E" are true and correct copies of excerpts from the deposition of Deputy Sheriff Curtis Edwards, taken on October 4, 2012.

8.) Attached hereto as Exhibit "F" are true and correct copies of excerpts from the deposition of Senior Deputy Sheriff Matthew Freeman, taken on October 11, 2012. Senior Deputy Freeman was produced for deposition in this case as the person most knowledgeable for the City and County of San Francisco with regard to booking policies and procedures at the San Francisco County Jails.

9.) Attached hereto as Exhibit "G" are true and correct copies of excerpts from the deposition of Joan Cairns, taken on October 11, 2012. Ms. Cairns is the Director for Jail Psychiatric Serves, an organization which performs psychiatric evaluations and provides psychiatric treatment at the San Francisco County Jails.

10.) Attached hereto as Exhibit "H" are true and correct copies of excerpts from the deposition of Deputy Sheriff Bradley Philpot, taken on May 3, 2013. He is currently employed as a Deputy Sheriff with the San Francisco Sheriff's Department.

11.) Attached hereto as Exhibit "I" are true and correct copies of excerpts from the deposition of Deputy Sheriff Granville Tongue, taken on May 3, 2013. He is currently employed as a Deputy Sheriff with the San Francisco Sheriff's Department.

12.) Attached hereto as Exhibit "J" are true and correct copies of excerpts from the deposition

Stuart R. Curran
130 Sutter Street, 7th Floor
San Francisco, CA 94104

of retired Senior Deputy Sheriff Stephen Geracimos, taken on October 10, 2012.

13.) Attached hereto as Exhibit "K" are true and correct copies of excerpts from the deposition of Senior Deputy Sheriff Jeremy De Jesus, taken on May 1, 2013. He is employed as a Senior Deputy with the San Francisco Sheriff's Department.

14.) Attached hereto as Exhibit "L" are true and correct copies of excerpts from the deposition of Deputy Sheriff Cecil Yambao, taken on May 9, 2013. He is currently employed as a Deputy Sheriff with the San Francisco Sheriff's Department.

15.) Attached hereto as Exhibit "M" are true and correct copies of excerpts from the deposition of Deputy Sheriff Lailah Samson, taken on May 9, 2013. She is currently on leave from her position as a Deputy Sheriff with the San Francisco Sheriff's Department.

16.) Attached hereto as Exhibit "N" are true and correct copies of excerpts from the deposition of ID Technician Jean Claude Guerrier, taken on April 16, 2013. Mr. Guerrier is employed as a Fingerprint Technician with the San Francisco Sheriff's Department.

17.) Attached hereto as Exhibit "O" is a true and correct copy of the San Francisco Sheriff's Department's written policy regarding "Intake Booking Procedure".

18.) Attached hereto as Exhibit "P" is a true and correct copy of plaintiff Ashley's Booking Card which identifies him as "Richard Head".

19.) Attached hereto as Exhibit "Q" is a true and correct copy of the Mugshot Profile which identifies plaintiff Ashley as "Richard Head".

20.) Attached hereto as Exhibit "R" is a true and correct copy of the Jacket Print reflecting plaintiff Ashley's fingerprints, dated October 21, 2010.

21.) Attached hereto as Exhibit "S" is a true and correct copy of a chart note from San Francisco General Hospital, dated October 22, 2010.

22.) Attached hereto as Exhibit "T" are true and correct copies notes prepared by Jail

**Stuart R. Curran**
130 Sutter Street, 7th Floor
San Francisco, CA 94104

Stuart R. Curran
130 Sutter Street, 7th Floor
San Francisco, CA 94104

Psychiatric Services pertaining to its evaluation of plaintiff Ashley during his time in custody at the San Francisco County Jail. These documents were obtained pursuant to a subpoena.

23.) On June 20, 2013, I received notice that defendants City and County of San Francisco had filed the present motion for summary judgment. On June 21, 2013, I was forced to travel to the east coast to attend to a family medical emergency and I did not return until July 5, 2013.

24.) On July 10, 2013, I placed a telephone call to San Francisco Public Defender Herman Holland, who represented my client in connection with some of the events at issue in this case. I sought his assistance with the preparation of a declaration in support of my client's opposition to the present motion. However, I learned that Mr. Holland was going to be out of the office and unavailable for any purpose from July 10 through August 3, 2013. Pursuant to FRCP 56(d), I request the opportunity to submit additional evidence in support of my client's opposition after having a chance to speak with Mr. Holland further regarding the facts of this case. I have reason to believe that he will be able to provide evidence which is helpful to my client's position herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California.

Dated: July 19, 2013

STUART R. CURRAN