UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-00045-JST<br><br>**ORDER CONTINUING HEARING AND VACATING CASE SCHEDULE**<br><br>Re: ECF No. 89 |

A hearing on Defendants' motion for summary judgment is scheduled for September 5, 2013. See ECF Nos. 89, 98. The hearing is CONTINUED to October 17, 2013. The case deadlines set by the Court on May 8, 2013, are VACATED and will be reset after the motion for summary judgment is resolved.

**IT IS SO ORDERED.**

Dated: August 29, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge