DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3964
Facsimile: (415) 554-3837
E-Mail: brad.russi@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESON ASHLEY,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, individually and in his official capacity as Sheriff of the San Francisco County Sheriff's Department; and DOES 1 to 30,<br><br>　　　Defendants. | Case No. CV-12-0045 JST<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

**Stip. re. Dismissal**
**CASE NO.: 12-CV-0045-JST**

1

The undersigned parties, being all the parties who have appeared in this action, STIPULATE pursuant to Federal Rule of Civil Procedure 41(a), that the action on behalf of plaintiff Jameson Ashley and against the City of San Francisco, et al. is DISMISSED WITH PREJUDICE. It is further STIPULATED that plaintiff and defendants shall each bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: July 24, 2014

By: */s/ Stuart Curran*
STUART CURRAN
Attorney for Plaintiff
JAMESON ASHLEY

Dated: July 24, 2014

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
BRADLEY A. RUSSI
Deputy City Attorney

By: */s/ Bradley A. Russi*
BRADLEY A. RUSSI

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO, ET AL.

**IT IS SO ORDERED.**

Dated: July 24, 2014

IT IS SO ORDERED
Judge Jon S. Tigar

**Stip. re. Dismissal**
**CASE NO.: 12-CV-0045-JST**

2